**Order filed February 28, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00980-CV
_____

### APRIL DUPREE ADESHILE, Appellant

### V.

### METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, TEXAS, Appellee

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2010-66501**

## ORDER

No reporter's record has been filed in this case. The official court reporter for the 61st District Court informed this court that appellant had not made arrangements for payment for the reporter's record. Appellant notified this court that she cannot pay for the reporter's record and desires to file a brief without a record.

Accordingly, we order appellant to file a brief in this appeal **within 30** days of the date of this order**.**  If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution.


PER CURIAM